Opinion issued January 25, 2007













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-05-00958-CR

____________


CLIFTON DEAN HALL, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 183rd District Court

Harris County, Texas

Trial Court Cause No. 1020380






MEMORANDUM OPINION

 On December 6, 2006, appellant, Clifton Dean Hall, filed a motion to withdraw
the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Higley

Do not publish. Tex. R. App. P. 47.2(b).